IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PEOPLE'S CAPITAL AND LEASING CORP., <br> Plaintiff-Garnishor, <br><br> VS. <br><br> CADENCE BANK, N.A. F/K/A BANCORPSOUTH <br> Garnishee, <br><br> VS. <br><br> WEIR BROS., INC., ET AL. <br> Defendants. | § § § § § § § § § § § § § § § CIVIL ACTION NO. <br> 3:12-CV-00290 |

## ANSWER TO WRIT OF GARNISHMENT

TO THE HONORABLE COURT:

Cadence Bank, N.A. f/k/a BancorpSouth, Garnishee, files this original answer to the writ of garnishment issued on July 1, 2022, and served on Garnishee, and in answer shows the following:

I.

The writ was served on Garnishee on July 18, 2022 (herein "that date").

II.

On that date, Garnishee was in possession of an account no. 00000078355450 in the name of Al Weir, which had a balance of $461.61. This account is subject to Garnishee's rights to charge back returned deposits and electronic transactions in process at the time of this answer. In the event of charge backs, this answer may be amended. On the date of this answer, the balance in the account no. 00000078355450 in the name of Al Weir is $461.61.

Garnishee does not know if Al Weir named as Defendant in the Writ of Garnishment is the same Al Weir who is the holder of the referenced account.

III.

On that date and the date of this answer, Garnishee has no knowledge of other persons who are indebted to, or have in their possession any effects belonging to Al Weir.

IV.

Judgment Debtor is hereby put on notice that he bears the burden of preventing or limiting Cadence Bank, N.A. f/k/a BancorpSouth's compliance with or response to the Writ by seeking an appropriate remedy to prevent or suspend Cadence Bank, N.A. f/k/a BancorpSouth's response to the Writ. Cadence Bank, N.A. f/k/a BancorpSouth has no duty to determine actual ownership of the funds or assert any defense on behalf of Judgment Debtor or any other related person or entity. Upon information and belief, one or more accounts of Judgment Debtor, if any, may be protected by state or federal law.

V.

Garnishee has engaged an attorney to represent it in this proceeding and has agreed to pay such attorney a reasonable fee and costs which the Garnishee is entitled to recover in accordance with Texas Rule of Civil Procedure 677. Expenses for Garnishee will be based on $350.00 per hour for the attorney fees and the account agreement for the account provides for a processing fee to be charged in the event of a garnishment on the account. The standard processing fee is not less than $150.00 per account and is subject to the amount of time by Garnishee's personnel related to the garnishment. It is estimated that the total Rule 677 expenses will be not less than $700.00.

VI.

Garnishee requests that all claims to the $461.61 be determined and adjudicated, and that Garnishee be discharged from all liability to People's Capital and Leasing Corp. and Al Weir respecting the $461.61, and that Garnishee recover against People's Capital and Leasing Corp.

Answer to Writ of Garnishment - Page 2

and Al Weir as provided in Texas Rule of Civil Procedure 677. Garnishee requests such other and further relief to which Garnishee may be entitled.

Respectfully submitted,

STRIPLING, PEDERSEN & FLOYD
P.O. Drawer 630870
Nacogdoches, Texas 75963-0870
Phone (936) 564-0445
Fax (936) 569-1232
billpedersen@striplinglaw.com

By _____
Bill Pedersen, Jr.
State Bar No. 15715000
Attorney for Garnishee

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Answer to Writ of Garnishment has been forwarded to the following recipients by the following means of transmission:

Bruce W. Akerly
AKERLY LAW PLLC
878 S. Denton Tap Rd., Suite 100
Coppell, Texas 75019         VIA EMAIL: bakerly@akerlylaw.com and rloughran@akerlylaw.com

Al Weir
PO Box 541793
Dallas, Texas 75354          VIA US MAIL

SIGNED this ___ day of August, 2022.

_____
Bill Pedersen, Jr.
Attorney for Garnishee

## JURAT

My name is Cindy Wood, and I am a Deposit Operations Specialist and authorized agent for Garnishee. My date of birth is 9/25/1957, and my address is 2778 W. Jackson Street, 3rd Floor, Tupelo, MS 38801. I declare under penalty of perjury that the foregoing Answer to Writ of Garnishment and that every statement contained in Paragraphs I, II, III, and V of the Answer to Writ of Garnishment is within my personal knowledge and is true and correct.

Executed in Lee County, State of Mississippi, on the 1st day of August, 2022.

Cindy Wood