IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEOPLE'S CAPITAL AND LEASING CORP., | § § § § § | |
| Plaintiff-Garnishor, | § | CIVIL ACTION NO. |
| VS. | § § | 3:12-CV-00290 |
| CADENCE BANK, N.A. F/K/A BANCORPSOUTH | § § § § | |
| Garnishee, | § | |
| VS. | § § | |
| WEIR BROS., INC., ET AL. | § § § | |
| Defendants. | § | |

## MOTION TO DISMISS WRIT OF GARNISHMENT

Pursuant to Federal Rules of Civil Procedure 41(a)(1) Plaintiff-Garnishor PEOPLE'S CAPITAL AND LEASING CORP., ("**Plaintiff-Garnishor**"), files its *Motion to Dismiss Writ of Garnishment* all of its claims without prejudice against CADENCE BANK, N.A. F/K/A BANCORPSOUTH, Garnishee, in the above numbered and styled cause, and would respectfully show the Court the following:

1. Plaintiff-Garnishor no longer desires to pursue its claims against CADENCE BANK, N.A. F/K/A BANCORPSOUTH, Garnishee, in this action.

2. Plaintif-Garnishor requests the Court enter an *Order of Dismissal* dismissing the Plaintiff's-Garnishor's claims against CADENCE BANK, N.A. F/K/A BANCORPSOUTH, Garnishee, without prejudice.

[INTENTIONALLY LEFT BLANK]

**MOTION TO DISMISS WRIT OF GARNISHMENT - Page 1 of 2**

Dated: August 8, 2022.  Respectfully submitted,

                                             AKERLY LAW PLLC

                                             By:    */s/ Bruce W. Akerly*
                                                       Bruce W. Akerly
                                                       Texas Bar No. 00953200
                                                       Robert N. Loughran
                                                       Texas Bar No. 24111197

                                            Akerly Law PLLC
                                            878 S. Denton Tap Rd., Suite 100
                                            Coppell, Texas 75019
                                            469-444-1878 telephone
                                            469-444-1801 facsimile
                                            bakerly@akerlylaw.com
                                            rloughran@akerlylaw.com

                                            ATTORNEYS FOR PLAINTIFF-GARNISHOR

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he forwarded a true and correct copy of the foregoing pleading was served on all counsel and parties-in-interest entitled to receive same either by electronic CM/ECF submission and/or by first-class mail/postage pre-paid on August 8, 2022, and specifically to the following:

Bill Pedersen
Stripling, Pedersen & Floyd
PO Drawer 630870
Nacogdoches, TX 75963

                                                                     */s/ Bruce W. Akerly*
                                                                       Bruce W. Akerly