IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEOPLE'S CAPITAL AND LEASING CORP., | § § § | |
| Plaintiff-Garnishor, | § § | CIVIL ACTION NO. |
| VS. | § § | 3:12-CV-00290 |
| CADENCE BANK, N.A. F/K/A BANCORPSOUTH | § § § § | |
| Garnishee, | § § | |
| VS. | § § | |
| WEIR BROS., INC., ET AL. | § § § | |
| Defendants. | § | |

**<u>ORDER OF DISMISSAL OF WRIT OF GARNISHMENT</u>**

Before the Court is the *Motion to Dismiss Writ of Garnishment* (the "Motion to Dismiss") of Plaintiff-Garnishor PEOPLE'S CAPITAL AND LEASING CORP. ("Garnishor") which is presented to the Court *ex parte*. Having considered the Motion to Dismiss, the Court finds and concludes that Garnishor should be allowed to dismiss said action.

It is therefore, ORDERED, ADJUDGED and DECREED that all claims of the Plaintiff-Garnishor, in the above numbered and styled cause, are hereby dismissed without prejudice to the refiling of same.

Any relief not herein granted is hereby specifically denied and this order disposes of all causes of action raised in this matter by any party.

SIGNED this the 15th day of August, 2022.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE